February 19, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE GUARDIANSHIP OF LILLIAN HESTER, AN ALLEGED INCAPACITATED PERSON

NO. 14-15-00001-CV

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on September 30, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Martin Gonzales.

We further order this decision certified below for observance.